# AFFIDAVIT OF SERVICE

SOUTHERN DISTRICT OF NEW YORK — UNITED STATES DISTRICT COURT

DOCUMENTS SERVED WITH INDEX # 12CIV1085 AND FILED ON FEBRUARY 15, 2012
ATTORNEY(S): Shimshon Wexler,

YEHUDAH KATZ — Plaintiff
vs
CAPITAL ONE BANK (USA) NA — Defendant

STATE OF VIRGINIA, COUNTY OF Chesterfield, SS.:

Kenneth V. Condrey being duly sworn deposes and says:
Deponent is not a party herein and is over 18 years of age. On March 1 - 2012 at 1:25 P M., at C/O CORPORATION SERVICE COMPANY, 11 SOUTH 12TH ST, RICHMOND VA deponent served the within SUMMONS AND COMPLAINT

on: CAPITAL ONE BANK (USA), N.A., Defendant therein named.

**INDIVIDUAL A** [ ] By personally delivering to and leaving with said _____ a true copy thereof, and that deponent knew the person so served to be the person mentioned and described in said SUMMONS AND COMPLAINT

**CORPORATION B** [✓] By delivering to and leaving with Rene Nordquist at Corporation Service Co - Reg Agent and that deponent knew the person so served to be the Authorized Agent of the corporation.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person:

**SUITABLE AGE PERSON C** [ ] By delivering a true copy thereof to and leaving with _____ a person of suitable age and discretion at _____ the said premises being the defendants/respondents [ ] dwelling place (usual place of abode) [ ] actual place of business within the State of VIRGINIA

**AFFIXING TO DOOR D** [ ] By affixing a true copy thereof to the door of said premises, the same being the defendant's [ ] dwelling house (usual place of abode) [ ] actual place of business within the State of VIRGINIA

**MAILING TO RESIDENCE E1** (use with C or D) [ ] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's residence at _____ and deposited said envelope in an official depository under the exclusive care and custody of the United States Post Office within the State of _____ on _____

**MAILING TO BUSINESS E2** (use with C or D) [ ] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business at _____ in an official depository under the exclusive care and custody of the United States Post Office within the State of _____ The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant and mailed on _____

**PREVIOUS ATTEMPTS** (use with D) F [ ] Deponent had previously attempted to serve the above named defendant/respondent
Day ___ Date ___ Time ___
Day ___ Date ___ Time ___
Day ___ Date ___ Time ___
Deponent spoke with _____ who stated to deponent that the said defendant(s) lived at the aforementioned address, but did not know defendant's place of employment.

DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.

**VOID WITHOUT DESCRIPTION G** (Use with A, B, C & D) [ ] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Approximate age 50 Approximate weight 165 Approximate height 5'8" Sex F
Color of skin White Color of hair Blonde Other Glasses

**MILITARY SERVICE** [ ] Deponent asked the person spoken to whether the defendant/respondent was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Your deponent further says that deponent knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

**NON-SERVICE H** [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served due to the following: [ ] Not known at address [ ] Address does not exist [ ] Evading [ ] Moved left no forwarding [ ] Other

**WIT. FEES** [ ] $ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Sworn to before me on this 2nd day of March 2012

Karen C Rice

Kenneth V. Condrey

Attny's File No.
Invoice Work Order # SP1202357

CORPORATE SERVICE BUREAU INC., 283 WASHINGTON AVENUE, ALBANY, NEW YORK 12206