USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-16-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YEHUDAH KATZ,

         Plaintiff,

   - against -

CAPITAL ONE BANK (USA), NA.,

         Defendant.

**PRETRIAL CONFERENCE ORDER**

12 Civ. 1085 (BSJ) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

 This action has been referred to Magistrate Judge Ronald L. Ellis for GENERAL PRETRIAL.

 **A CONFERENCE WILL BE HELD IN THIS CASE BY THE JUDGE ON MAY 10, 2012, AT 10:00 A.M. IN COURTROOM 18D, 500 PEARL STREET.** All counsel must be present. Plaintiff's counsel is responsible for confirming with each defendant's counsel that all necessary participants are aware of this conference. The individuals present must have authority and be prepared to discuss all aspects of the case, including any legal and factual matters related to the claims or counterclaims.

 No request for adjournment will be considered unless made at least **THREE BUSINESS DAYS** before the scheduled conference and only after the parties have consulted with each other. Direct inquiries to Michael Brantley, 212-805-0242.

*/s/ Ronald L. Ellis*
The Honorable Ronald L. Ellis
United States Magistrate Judge

SO ORDERED
April 16, 2012