MORRISON | FOERSTER

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA, DENVER,
SACRAMENTO

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

April 25, 2012



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-30-12

Writer's Direct Contact
415.268.6148
RKaufman@mofo.com

*Via UPS Overnight*

Honorable Ronald L. Ellis
United States Magistrate Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 18D
New York, New York 10007-1312

Re:    *Katz v. Capital One Bank (USA), N.A.*, Case No. 12 Civ. 1085 (BSJ) (RLE)
       United States District Court, Southern District of New York

Dear Honorable Ronald L. Ellis:

This letter confirms that the Court Clerk rescheduled the pretrial conference set in this matter for May 10, 2012 to May 17, 2012 at 10:00 a.m. per Defendant Capital One Bank (USA), N.A.'s ("Capital One") request. Counsel for Capital One conferred with Plaintiff's counsel, who agreed to the new date.

Sincerely,

Rebekah Kaufman

cc:  Shimshon Wexler

RECEIVED
APR 26 2012
CHAMBERS OF
RONALD L. ELLIS
U.S.M.J.

SO ORDERED
Ronald Ellis   4-30-12
MAGISTRATE JUDGE RONALD L. ELLIS

sf-3137442